**861 STORK vs. SUPERIOR COURT JUDGE (Detroit), 41 M., 5.**

To set aside an order granting a new trial.

Denied June 3, 1879.

Held, that an order granting a new trial does not finally dispose of any rights and is usually at least discretionary; and the Supreme Court will not review it simply because we would not have granted it, even though, as in this case, the party seems to have lost by negligence any very good claim to a new trial.